


P43282/A.Pakula

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

**07 CRIM 938**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Adam Pakula, United States Probation Officer |
| **RE:** | Morton Okin |
| **DATE:** | October 04, 2007 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On September 21, 2004, the above-named individual was sentenced in the District of Columbia outlined in the attached J & C.

On August 22, 2007, we received the Prob. 22's endorsed by the Honorable Ricardo M. Urbina, U.S. District Court Judge, ordering Mr. Okin's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5171.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Adam Pakula
U.S. Probation Officer